Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
WILLIAM BANKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BANKS,<br><br>Defendant. | No.  2:15-CR-0130-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Banks, that the previously-scheduled status conference date of January 15, 2016, be vacated and the matter set for status conference on February 19, 2016, at 9:00 a.m.

This continuance is requested due to Mr. Hansen's unavailability on January 15, 2016.

The Government does not oppose this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 13, 2016, to and including February 19, 2016.

**Stipulation and [Proposed] Order to Continue Status Conference**

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 13, 2016                            Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WILLIAM BANKS

Dated:  January 13, 2016                            BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
MICHELE BECKWITH
BRIAN FOGERTY
Assistant U.S. Attorneys
Attorneys for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 13, 2016, to and including February 19, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 15, 2016, status conference shall be continued until February 19, 2016, at 9:00 a.m.

/ /

2

**Stipulation and [Proposed] Order to Continue Status Conference**

**IT IS SO ORDERED**.

Dated: January 14, 2016

                                                _____
GARLAND E. BURRELL, JR.
Senior United States District Judge