BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BANKS,<br><br>Defendant. | CASE NO. 2:15-CR-130 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE: February 19, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant William Banks, through counsel Michael E. Hansen, hereby submit additional facts to support the Court's order of January 14, 2016 (ECF No. 25), and further stipulate and agree that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time between the January 13, 2016, and the newly set February 19, 2016, status conference should be excluded from the computation of time in which trial must commence, to allow for defense investigation and trial preparation.

On December 8, 2015, the Honorable Kimberly J. Mueller entered an order setting this case for a status conference on January 13, 2016, and excluding time under the Speedy Trial Act for defense investigation and preparation, pursuant to Local Code T-4. ECF No. 18. On January 8, 2016, this case was reassigned to this Court, and set for a status conference on January 15, 2016. ECF Nos. 22, 23.

On January 13, 2016, defense counsel filed a stipulation and proposed order, requesting that the

STIPULATION AND [PROPOSED] ORDER                          1

Court vacate the January 15, 2016, status conference, and reset the matter for a status conference on February 19, 2016, with an exclusion of time under the Speedy Trial Act.  ECF No. 24.  The Court adopted the stipulation, and entered the proposed order on January 14, 2016.  ECF No. 25.

To supplement the record in support of the exclusion of time set forth in the Court's January 14, 2016 order (ECF No. 25), the parties stipulate and agree that the government has produced more than one hundred pages of documents in discovery, in addition to producing many audio recordings, and a large quantity of data extracted from digital devices.  Defense counsel is still reviewing these materials and investigating the facts of the case.

Based on the foregoing facts, the parties agree that the interests of justice served by continuing the case to February 19, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein in support of its previous order excluding time between January 13, 2016, and February 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  January 19, 2016                              BENJAMIN B. WAGNER
                                                      United States Attorney

                                                By:   /s/ BRIAN A. FOGERTY
                                                      BRIAN A. FOGERTY
                                                      Assistant United States Attorney

Dated:  January 19, 2016                              /s/ MICHAEL E. HANSEN
                                                      MICHAEL E. HANSEN
                                                      Attorney for William Banks

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that based on the facts set forth therein, the failure to grant a continuance and exclude the time between January 13, 2016, and February 19, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from January 13, 2016, to and including February 19, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: January 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge