PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-130 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| WILLIAM MORGAN BANKS, | DATE: June 17, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 17, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until August 19, 2016, and to exclude time between June 17, 2016, and August 19, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case consists of more than 1500 pages of documents, and includes several investigative reports and related documents in electronic form, as well as multiple audio recordings and records obtained by subpoena.  All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to review and copy discovery, and to otherwise prepare for trial, if necessary.  Additionally, counsel will be out of the country for the week of June 17, 2016, and will thus be unavailable during that time period.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 17, 2016 to August 19, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  June 13, 2016                        PHILLIP A. TALBERT
                                       Acting United States Attorney

7

8                                    /s/ MICHELE BECKWITH
                                    MICHELE BECKWITH
                                    Assistant United States Attorney

9

10

11

12  Dated:  June 13, 2016                        /s/ Michael Hansen

13                                    Michael Hansen

14                                    Counsel for Defendant
                                    WILLIAM MORGAN BANKS

15

16

17                            **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED.

19  Dated:  June 16, 2016

20

21

22                                    _____

23                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

24

25

26

27

28