Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
WILLIAM BANKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BANKS,<br><br>Defendant. | No.  2:15-CR-0130-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Banks, that the previously-scheduled status conference date of September 30, 2016, be vacated and the matter set for status conference on November 4, 2016, at 9:00 a.m.

The government has produced more than one hundred pages of documents in discovery, in addition to producing many audio recordings, and a large quantity of data extracted from digital devices.  Defense counsel is still reviewing these materials and investigating the facts of the case.  Also, the parties are in plea negotiations.

The Government does not oppose this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should

therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, September 27, 2016, to and including November 4, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  September 27, 2016                         Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WILLIAM BANKS

Dated:  September 27, 2016                         PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Michael E. Hansen for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

### [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 27, 2016, to and including November 4, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It

**Stipulation and [Proposed] Order to Continue Status Conference**

1  is further ordered that the September 30, 2016, status conference shall be continued until
2  November 4, 2016, at 9:00 a.m.
3      **IT IS SO ORDERED**.
Dated:  September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

**Stipulation and [Proposed] Order to Continue Status Conference**