PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MORGAN BANKS,<br><br>Defendant. | CASE NO. 2:15-CR-130 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 10, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 10, 2017.

2. By this stipulation, defendant now moves to continue the status conference until March 24, 2017, and to exclude time between February 10, 2017, and March 24, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case consists of more than 1500 pages of documents, and includes several investigative reports and related documents in electronic form, as well as multiple audio recordings and records obtained by subpoena. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to review and copy discovery, and to otherwise prepare for trial, if necessary. Additionally, counsel for the defendant has recently provided the government with discovery and other materials to review that may be relevant to trial. Both parties desire additional time to review and discuss these materials.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2017 to March 24, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 8, 2017                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ MICHELE BECKWITH
                                                  MICHELE BECKWITH
                                                  Assistant United States Attorney


Dated:  February 8, 2017                          /s/ Michael Hansen
                                                  Michael Hansen
                                                  Counsel for Defendant
                                                  WILLIAM MORGAN BANKS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 9, 2017

                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge