PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>WILLIAM MORGAN BANKS,<br><br>                              Defendant. | CASE NO.  2:15-CR-130 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 24, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 24, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until May 5, 2017, and to exclude time between March 24, 2017, and May 5, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case consists of more than 1,500 pages of documents, and includes several investigative reports and related documents in electronic form, as well as multiple audio recordings and records obtained by subpoena.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review the

current charges, conduct investigation and research related to the charges, to review and copy discovery, and to otherwise prepare for trial, if necessary.  Additionally, counsel for the defendant has provided the government with discovery and other materials to review that may be relevant to trial.  Both parties desire additional time to review and discuss these materials.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 24, 2017 to May 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4      IT IS SO STIPULATED.

5

6  Dated:  March 23, 2017                  PHILLIP A. TALBERT
    United States Attorney

7

8      /s/ MICHELE BECKWITH
    MICHELE BECKWITH

9      Assistant United States Attorney

10

11

12  Dated:  March 23, 2017                  /s/ Michael Hansen

13      Michael Hansen

14      Counsel for Defendant
    WILLIAM MORGAN BANKS

15

16

17  **FINDINGS AND ORDER**

18  IT IS SO FOUND AND ORDERED.

19  Dated:  March 23, 2017

20

21

22      _____

23      GARLAND E. BURRELL, JR.
    Senior United States District Judge

24

25

26

27

28