PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-130 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | DATE: June 2, 2017 |
| WILLIAM MORGAN BANKS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 2, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until July 14, 2017, and to exclude time between June 2, 2017, and July 14, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case consists of more than 1500 pages of documents, and includes several investigative reports and related documents in electronic form, as well as multiple audio recordings and records obtained by subpoena. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to consult with his client, review the

1  current charges, conduct investigation and research related to the charges, to review and copy

2  discovery, and to otherwise prepare for trial, if necessary. Additionally, counsel for the

3  defendant has recently provided the government with discovery and other materials to review

4  that may be relevant to trial. Both parties desire additional time to review and discuss these

5  materials.

6          c)      Counsel for defendant believes that failure to grant the above-requested

7  continuance would deny him/her the reasonable time necessary for effective preparation, taking

8  into account the exercise of due diligence.

9          d)      The government does not object to the continuance.

10          e)      Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of June 2, 2017 to July 14, 2017,

15  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

16  because it results from a continuance granted by the Court at defendant's request on the basis of

17  the Court's finding that the ends of justice served by taking such action outweigh the best interest

18  of the public and the defendant in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4          IT IS SO STIPULATED.

5

6  Dated:  June 1, 2017                          PHILLIP A. TALBERT
                                               United States Attorney
7

8                                              /s/ MICHELE BECKWITH
                                               MICHELE BECKWITH
9                                              Assistant United States Attorney

10

11

12  Dated:  June 1, 2017                         /s/ Michael Hansen
                                               Michael Hansen
13                                             Counsel for Defendant
                                               WILLIAM MORGAN BANKS
14

15

16

17                          **FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED.

19           Dated:  June 1, 2017

20

21

22  _____
    GARLAND E. BURRELL, JR.
23  Senior United States District Judge

24

25

26

27

28