PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-130 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | DATE: September 22, 2017 |
| WILLIAM MORGAN BANKS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 22, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until November 3, 2017, and to exclude time between September 22, 2017, and November 3, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case consists of more than 1500 pages of documents, and includes several investigative reports and related documents in electronic form, as well as multiple audio recordings and records obtained by subpoena. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1          b)     Counsel for defendant desires additional time to consult with his client, review the

2    current charges, conduct investigation and research related to the charges, to review and copy

3    discovery, and to otherwise prepare for trial, if necessary.

4          c)     Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7          d)     The government does not object to the continuance.

8          e)     Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of September 22, 2017 to November

13   3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14   Code T4] because it results from a continuance granted by the Court at defendant's request on

15   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16   best interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 18, 2017                    PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ MICHELE BECKWITH
                                              MICHELE BECKWITH
                                              Assistant United States Attorney




Dated:  September 18, 2017                    /s/ Michael Hansen
                                              Michael Hansen
                                              Counsel for Defendant
                                              WILLIAM MORGAN BANKS




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 19, 2017



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge