HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
WILLIAM MORGAN BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00130 KJM |
| Plaintiff-Appellee, | **ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| WILLIAM MORGAN BANKS, | Judge:  Hon. Kimberly J. Mueller |
| Defendant-Appellant. | |

For good cause shown, the Court grants defendant's motion for an extension of time. The defendant's supplemental brief shall be filed by December 9, 2025; the government's response shall be filed by January 12, 2026; and defendant's reply shall be filed by February 11, 2026.

Dated:  October 15, 2025.

_____
UNITED STATES DISTRICT JUDGE