Benjamin Ramos, CA State Bar No.:15664
Law Office of Benjamin Ramos
705 East Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin_ramos@comcast.net

Attorney for Defendant/Movant
WILLIAM MORGAN BANKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-00130 TLN |
| Plaintiff, | STIPULATION TO AMEND BRIEFING SCHEDULE AND ORDER |
| v. | |
| WILLIAM MORGAN BANKS, | |
| Defendant. | |

STIPULATION

Plaintiff United States of America (the "Government"), by and through its counsel of record, and the Defendant/Movant, by and through his appointed counsel of record, hereby stipulate as follows:

1. The Defendant/Movant filed a pro se motion for compassionate release or sentence reduction on August 4, 2025.  (ECF No. 79.)

2. On December 17, 2025, the Court granted Defendant's motion for an extension of time, ordering Defendant's supplemental brief to be filed by January 12, 2026; the due date for the Government's response was set at February 11, 2026; and Defendant's reply was ordered filed by March 13, 2026. (ECF No. 87.)

3. On December 23, 2025, the Court filed an Order appointing undersigned counsel to represent Defendant/Movant. (ECF No. 88.)

4. Appointed counsel for Defendant represents that he has not yet received from the Federal

- 1 -

STIPULATION RE BRIEFING SCHEDULE

Public Defender's Office Defendant's institutional and medical records, which are routinely obtained through administrative requests and signed authorizations. Moreover, counsel for Defendant further represents that the Federal Defender's office has not yet received the signed authorizations from Defendant/Movant authorizing release of his institutional and medical records.

5.    Accordingly, to accommodate the need to obtain Defendant/Movant's institutional and medical records to support his motion, undersigned counsel for Defendant  respectfully requests that the Court amend the briefing schedule as follows:

a)    The Defendant/Movant's amended motion or supplement to the pro se motion for compassionate release/sentence reduction to be filed on or before Thursday, March 13, 2026.

b)    The Government's response to the Defendant's amended motion or supplement to be filed on or before Monday, April 13, 2026.

c)    The Defendant/Movant's reply to the Government's response to be filed on or before Wednesday, May 13, 2026.

d)    If additional time is required to obtain documents, investigate claims, or prepare filings, the parties will meet and confer and, if appropriate, Defendant will submit a further request or motion for a modified briefing schedule.

6.    Undesigned counsel for the government does not oppose Defendant's request to modify the briefing schedule and stipulates to the proposed schedule above.

IT IS SO STIPULATED.


Dated:  December 30, 2025          ERIC GRANT
                                  United States Attorney


                                  /s/ SHELLEY WEGER
                                  SHELLEY WEGER
                                  Assistant United States Attorney


Dated:  December 30, 2025          /s/ BENJAMIN RAMOS
                                  BENJAMIN RAMOS
                                  Counsel for Defendant/Movant,
                                  WILLIAM MORGAN BANKS

- 2 -
STIPULATION RE BRIEFING SCHEDULE

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for sentence reduction:

a)  The Defendant/Movant's supplement to motion for compassionate release will be filed on or before March 13, 2026.

b)  The Government's response to the Defendant/Movant's supplement to be filed on or before April 13, 2026.

c)  The Defendant/Movant's reply to the Government's response to be filed on or before May 13, 2026.

IT IS SO ORDERED.


Dated: February 23, 2026       _____
                               Troy L. Nunley
                               Chief United States District Judge

STIPULATION RE BRIEFING SCHEDULE