UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00130-TLN |
| Plaintiff, | |
| vs. | **ORDER AMENDING BRIEFING SCHEDULE** |
| WILLIAM MORGAN BANKS, | |
| Defendant. | |

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for sentence reduction:

a) The Defendant/Movant's amended motion or supplement to the pro se motion for compassionate release/sentence reduction will be filed on or before Wednesday, May 27, 2026.

b) The Government's response to the Defendant/Movant's amended motion or supplement to be filed on or before Monday, June 26, 2026.

c) The Defendant/Movant's reply to the Government's response to be filed on or before Thursday, July 16, 2026.

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER AMENDING SCHEDULE