ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00130-TLN |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(1)(A); ORDER |
| v. | |
| WILLIAM MORGAN BANKS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The defendant filed a *pro se* motion for compassionate release on August 4, 2025. Docket No. 79.  On December 23, 2025, counsel was appointed to supplement the *pro se* motion. Docket No. 88.   On April 14, 2026, Banks filed a memorandum in support of the *pro se* motion. Docket No. 94.  The Government's response is due June 26, 2026.  Docket No. 93.

2.      Counsel for the Government requests additional time to review relevant records pertaining to Banks from the Bureau of Prisons and draft a proper response or opposition.  The defendant does not oppose the Government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule for defendant's pending motion as follows:

STIPULATION AND ORDER

1

a)      The Government's response to Banks' motion be filed on or before July 10, 2026;

b)      The defendant's reply, if any, be filed on or before August 10, 2026.

IT IS SO STIPULATED.


Dated:  June 26, 2026                          ERIC GRANT
                                               United States Attorney


                                               /s/ HEIKO P. COPPOLA
                                               HEIKO P. COPPOLA
                                               Assistant United States Attorney


Dated:  June 26, 2026                          /s/ BENJAMIN RAMOS
                                               BENJAMIN RAMOS
                                               Counsel for Defendant
                                               WILLIAM MORGAN BANKS


**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of June, 2026.


_____
Troy L. Nunley
Chief United States District Judge


STIPULATION AND ORDER                        2