ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIAM MORGAN BANKS,<br>Defendant. | CASE NO. 2:15-CR-00130-TLN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant filed a *pro se* motion for compassionate release on August 4, 2025. Docket No. 79. On December 23, 2025, counsel was appointed to supplement the *pro se* motion. Docket No. 88. On April 14, 2026, Banks filed a memorandum in support of the *pro se* motion. Docket No. 94.

2. Counsel for the Government requests additional time to review relevant records pertaining to Banks from the Bureau of Prisons and draft a proper response or opposition. The defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule for defendant's pending motion as follows:

a) The Government's response to Banks' motion be filed on or before July 17, 2026;

b) The defendant's reply, if any, be filed on or before August 17, 2026.

IT IS SO STIPULATED.

Dated: July 10, 2026

ERIC GRANT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: July 10, 2026

/s/ BENJAMIN RAMOS
BENJAMIN RAMOS
Counsel for Defendant
WILLIAM MORGAN BANKS

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of July, 2026.



Troy L. Nunley
Chief United States District Judge