LAW OFFICE OF BENJAMIN RAMOS
Benjamin Ramos (State Bar No. 156643)
705 E. Bidwell, Suite 2-359
Folsom, CA 95630
Telephone: (916) 358-9842
Email: benjamin_ramos@comcast.net

*Attorney for Defendant/Movant,*
WILLIAM MORGAN BANKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>vs.<br>WILLIAM MORGAN BANKS,<br>Defendant/Movant. | CASE NO. 2:15-cr-00130-TLN<br>**ORDER GRANTING LEAVE TO FILE A LATE REPLY** |

**ORDER**

The parties last appeared on August 10, 2018, for sentencing. ECF No. 70. The Court finds good cause and excusable neglect under Federal Rule of Criminal Procedure 45(b)(1)(B) and GRANTS William Morgan Banks's application for leave to file a late reply. Because counsel is seeking updated medical records for the reply, the Court excuses attaching the proposed reply to this application. See E.D. Cal. L.R. 102(d), 137(c).

Within 30 days after entry of this order, Mr. Banks may file and serve a reply to the Government's opposition (ECF No. 104) in support of his motion for a sentence reduction (ECF Nos. 79, 94). He may include supporting records and any material updates relevant to the motion.

The United States may respond within seven days after service of the reply. The Court will defer ruling on the motion for a sentence reduction until the time for briefing under this order has expired.

IT IS SO ORDERED.

Dated: November 20, 2026

Troy L. Nunley
Chief United States District Judge